UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:          No.19-mj-00054

The property located approximately one-          **MOTION TO EXTEND**
half mile west of the intersection of BIA 32          **ORDER TO SEAL**
and Pine Ridge High School road
approximately 100 yards south of BIA 32
down a dirt road further described as one
white FEMA trailer with a wood deck
resided in by Leon Janis, any trach bags
or receptacles outside the residence and
within the curtilage of the residence, a
2003 Silver Chevy Cavalier, at least two
buccal swabs from the person or body of
Leon Janis and for the seizure of a black
cellular phone with a pink glittery case
without the need for an additional search
warrant.

The United States hereby moves this Court for an order extending the sealed period in this matter for 180 days, in that this search was conducted as a part of an ongoing investigation. Disclosure of information contained in the documents filed with the Court could jeopardize this ongoing investigation and/or result in possible witness intimidation.

Dated this 8th day of November, 2019.

RONALD A. PARSONS, JR.
United States Attorney

Megan Poppen
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
E-Mail: Megan.Poppen@usdoj.gov